RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_Larry M Salzman_
Full name and prison number of
plaintiff(s) _ID 173071_

v.

_Montgomery Board of_
_Pardons & Parole, & All°_
_Protestencie's Ect..._

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. _2:08CV001-MHT_
(To be supplied by the Clerk of the
U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ( ) No (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( ) No (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit
   Plaintiff(s) _N/A_
   
   Defendant(s) _N/A_

2. Court (if federal court, name the district; if state court, name the county) _N/A_

3. Docket No. _N/A_

4. Name of Judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? **N/A**

6. Approximate date of filing lawsuit **N/A**

7. Approximate date of disposition **N/A**

II. PLACE OF PRESENT CONFINEMENT **Bullock County Facility Union Springs, ALA. 36089**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Montgomery Board of Pardon & Parole**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Parole Board Members | P.O. Box 302405 Montgomery, AL 36130-2405 |
| 2. | Protesters | Unknown — Let's find out why these people are |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **July-27-06** I was denied parole, due to faulty documents used by, Alabama Board of Parole.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 6 Amend- Right to have confronted witness 14 Amend- Due Process of Law, any State that Deprive any person of Life, liberty, or property, nor deny any person within jurisdiction the Equal protect of Law

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

There was an open Board Hearing held on (or) bout July-7-06 And people from, unknown, whom has nothing to do with my being Incarcerated given such perjury testimony as well as The Board of Pardon's & Parole, used faulty documents, claiming they were from (DOC) I've never had any write ups nor more than an citation, and that has been over (7) seven years ago. The situation needs be, looked at, from, an professional manner

GROUND TWO: _____

SUPPORTING FACTS: To witness to all this, I have my parents, whom was present and can attest to any of the facts in this case.

GROUND THREE: There was an Ladie, Hired by some one to speak, whom is of no relationship too issues I'm incarcerated for.

SUPPORTING FACTS: DOC Records I'm an employee or Institutional worker, As of the last 6-7 years I've worked outside this camp with excellent job reports well respected by all... I'm ready to put the real truths on the table. I'm highly disappointed in the Board of Parole for their mistaken errors, As to my being of none Candidate.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. Pay fee's for such cruel punishm Under the Guidlines set In My case which made I Larry Salzman. Eligable for Parole In 2006. I'm Asking That, I be Paroled, As a matter of the Equal protection of the laws which Govern's faulty Here.

LARRY SALZMAN
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  12-25-07
                (date)

Larry W Salzman
Signature of plaintiff(s)
#173071

-3-

