IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

LARRY W. SALZMAN
Plaintiff(s) #173071-KS-2A

Montgomery Alabama Board,
Pardons & Parole of Protester's
Defendant(s)

2008 JAN -2 A 9:47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:08CV001-MHT

I, LARRY M SALZMAN, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    Yes ( )   No (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. __N/A__

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. __N/A__

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?    Yes ( )   No (X)
   B. Rent payments, interest, or dividends?    Yes ( )   No (X)
   C. Pensions, annuities, or life insurance payments?    Yes ( )   No (X)
   D. Gifts or inheritances?    Yes ( )   No (X)
   E. Any other sources?    Yes ( )   No (X)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. __N/A__

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

N/A

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____    No __✓__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____    No __✓__

   If the answer is "yes", describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __12-20-2007__
               (Date)

_LARRY M. SALZMAN_ (ESP)
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __40.77__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __BULLOCK COUNTY CORR. FACILITY__ institution:

__12-20-07__
DATE

_J. Calhoun_
AUTHORIZED OFFICER OF INSTITUTION

Rule 32

```
                     STATE OF ALABAMA
                  DEPARTMENT OF CORRECTIONS
                BULLOCK CORRECTIONAL FACILITY


AIS #: 173071      NAME: SALZMAN, LARRY W.           AS OF: 12/20/2007

                   # OF       AVG DAILY          MONTHLY
         MONTH     DAYS        BALANCE           DEPOSITS
         ---------------------------------------------------------------

         DEC        11          $0.15             $0.00
         JAN        31         $56.50           $100.00
         FEB        28         $11.59            $25.00
         MAR        31          $1.07             $0.00
         APR        30         $42.73           $100.00
         MAY        31         $18.83            $25.00
         JUN        30          $1.82            $25.00
         JUL        31          $3.85            $25.00
         AUG        31          $0.34             $0.00
         SEP        30          $7.41            $50.00
         OCT        31          $6.72            $25.00
         NOV        30          $2.47            $25.00
         DEC        20          $9.53           $100.00
```