IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY M. SALZMAN, #173071, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-0001-MHT |
| | ) |
| MONTGOMERY BOARD OF PARDONS and PAROLE, PAROLE BOARD MEMBERS AND PROTESTORS, | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon review of the file in this case, and as the court takes judicial notice of the fact that the proper name of the state authority responsible for decisions regarding release on parole is the Alabama Board of Pardons and Paroles, it is

ORDERED that the Alabama Board of Pardons and Paroles be and is hereby SUBSTITUTED as a defendant for the Montgomery Board of Pardons and Parole.

Done this 8th day of January, 2008.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE