In The United States District Court, Montgomery Alabama

Larry M Salzman,
#173071,
vs.
Alabama Board of Pardons
& Parole, et al.,

CIVIL #: 2:08-CV-0001---MHT

"Motion: Extention of time..
In Respond" to Recommendation
to, The Magistrate Judge,

Come this day, Jan-21st-08, the Petitioner Larry M Salzman, whom being of good intention to prove all, facts presented before you, and in doing so: the Petitioner ASK??? that he be allowed an extra (20) days, to get all, the information & witness whom were present at that "Hearing, to witness the Ex-wife of the Petitioner: Larry M. Salzman; Testified as to her opinion of the Petitioner recieving Parole, in which is due, Allow the defended (21) exten days which is allowed in all Proceeding of the Laws governing Completely documents, done this day Jan-21st-08,

Sign Larry M Salzman
Dated Jan-21st-08

Mr. Larry M. Salzman
AIS# 173071
P.O. Box 5107
Union Springs, AL. 36089-5107

Legal Mail

MONTGOMERY AL 361
22 JAN 2008 PM 1 T

Mr. W Wallace Capel, Jr. (ESQ)
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

