IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY M. SALZMAN, #173071, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-0001-MHT |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| and PAROLE, PAROLE BOARD | ) |
| MEMBERS AND PROTESTORS, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on January 23, 2008 (Court Doc. No. 6), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff is GRANTED an extension from January 22, 2008 to and including February 13, 2008 to file an objection to the Recommendation.

Done this 24th day of January, 2008.

                                          /s/ Wallace Capel, Jr.
                                          WALLACE CAPEL, JR.
                                          UNITED STATES MAGISTRATE JUDGE