IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY M. SALZMAN, #173071, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-0001-MHT |
| | ) |
| ALABAMA BOARD OF PARDONS and PAROLES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent and de novo review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is ORDERED that this case is dismissed in its entirety prior to service of process as follows:

(1) The recommendation (Doc. #5) of the Magistrate Judge is ADOPTED.

(2) The Plaintiff's claims against the Alabama Board of Pardons and Paroles and the individual protestor appearing at his parole hearing are DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

(3) The Plaintiff's claims for monetary damages against members of the Alabama Board of Pardons and Paroles are DISMISSED with prejudice as required by the directives of 28 U.S.C. § 1915(e)(2)(B)(iii).

(4)   To the extent the Plaintiff seeks his release on parole, this claim is DISMISSED without prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

An appropriate judgment will be entered.

DONE, this the 28th day of February, 2008.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE