DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004719
Cashier ID: brobinso
Transaction Date: 04/14/2008
Payer Name: BULLOCK COUNTY CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: LARRY SALZMAN
 Case/Party: D-ALM-2-08-CV-000001-001
 Amount:        $12.50
------------------------------------
CHECK
 Check/Money Order Num: 22462
 Amt Tendered:  $12.50
------------------------------------
Total Due:      $12.50
Total Tendered: $12.50
Change Amt:     $0.00