```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005535
Cashier ID: khaynes
Transaction Date: 06/17/2008
Payer Name: BULLOCK COUNTY CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: LARRY M SALZMAN
 Case/Party: D-ALM-2-08-CV-000001-001
 Amount:         $12.50
------------------------------------
CHECK
 Check/Money Order Num: 22629
 Amt Tendered:  $12.50
------------------------------------
Total Due:       $12.50
Total Tendered:  $12.50
Change Amt:      $0.00
```